IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:09CR034(1) |
| v. | : | |
| DARIUS DELEON STEVENS, SR. | : | ORDER FOR DISMISSAL WITHOUT PREJUDICE SOLELY AS TO DARIUS DELEON STEVENS, SR. |
| | : | |

Pursuant to Rule 48 (a) of the Federal Rules of Criminal Procedure, having considered the United States' Motion to Dismiss the Superseding Indictment filed June 28, 2012, in the above captioned matter, is hereby dismissed solely as to DARIUS DELEON STEVENS, SR., without prejudice.

SO ORDERED.

DATE: 6-29-12

_____
JUDGE WALTER HERBERT RICE
UNITED STATES DISTRICT COURT